1  Terence J. O'Hara  SBN 144235
   Andrew V. Stearns SBN 164849
2  Robert B. Robards  SBN 166855
   **BUSTAMANTE, O'HARA & GAGLIASSO**
3  333 W. San Carlos St., 8th Floor
   San Jose, California  95110
4  Telephone: (408) 977-1911
   Facsimile 408.977.0746
5  tohara@boglawyers.com
6  rbrobards@aol.com
   astearns@boglawyers.com
7
   Attorneys for Defendant:
8  HANSEL-PRESTIGE, INC.

9

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14                          * * *

15  AVA PATRICIA DELFINO,            )  Case No. CV-091763 SC
                                     )
16              Plaintiff,           )
                                     )  **STIPULATION AND ORDER OF**
17  vs.                              )  **DISMISSAL**
                                     )
18  HANSEL-PRESTIGE, INC.,           )
                                     )
19              Defendant.           )
                                     )
20                                   )
                                     )
21                                   )
                                     )
22  _____  )

23  //

24  //

25  //
26
27  //

28

IT IS HEREBY STIPULATED AND AGREED AMONG THE PARTIES, through their counsel of record that the above captioned matter be dismissed with prejudice in its entirety.

DATED:   3/18/10                        BUSTAMANTE, O'HARA, & GAGLIASSO, PC


By:   _____/S/_____
      ANDREW V. STEARNS, attorneys for
      Defendant HANSEL-PRESTIGE, INC.

DATED:   3/18/10                        KROHN & MOSS


By:   _____/S/_____
      G. THOMAS MARTIN, III, attorneys for
      Plaintiff KOURTNEY DELFINO.

**ORDER**

Based on the foregoing stipulation, and for good cause shown, the matter is dismissed with prejudice as stipulated above.  SO ORDERED:

DATED:  3/29/10

By:   _____
      SAMUEL CONTI
      DISTRICT COURT JUDGE

*IT IS SO ORDERED — Judge Samuel Conti*